## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEBORAH HAWKINS,**
**Next Friend of R.H., a Minor,**

     **Plaintiff,**

     **v.**

**DISTRICT OF COLUMBIA,**

     **Defendant.**

**Civil Action No.  04-35 (JMF)**

### ORDER

On May 13, 2004, this Court held a Scheduling Conference, and the following deadlines were established: (1) defendant's record transcript was due by June 1, 2004; (2) plaintiff's appeal brief was due 45 days thereafter; (3) defendant's opposition brief was due 45 days after the receipt of plaintiff's appeal brief; and (4) plaintiff's reply was due 15 days after defendant's opposition.  On June 7, 2004, defendant filed a copy of the administrative record.   No pleadings have been filed since that time.

Accordingly, it is, hereby **ORDERED** that, by August 12, 2005, the parties file a joint praecipe regarding the status of this case.

**SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATE MAGISTRATE JUDGE

Date: