UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH HAWKINS,**<br>Next Friend of R.H., a Minor,<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | Civil Action No.  04-35 (JMF) |

**ORDER**

On August 12, 2005, the parties filed a <u>Stipulation of Dismissal</u>.  Upon consideration of the <u>Stipulation of Dismissal</u>, it is, hereby, **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

   **SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATE MAGISTRATE JUDGE

August 12, 2005